MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
STACY J. PLOTKIN-WOLFF, Deputy City Attorney
California State Bar No. 174793
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856

Attorneys for Defendants
DILLON FUSTON, ANDREW KORENKOV,
DAVID MCANNALLY and CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANTE SHINE, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>OFFICER DILLON FUSTON, an individual; OFFICER PAUL JOHNSTON, an individual; OFFICER ANDREW KORENKOV, an individual; SERGEANT DAVID MCANNALLY, an individual; CITY OF SAN DIEGO, a municipal entity; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. **'20 CV2036 LAB DEB**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**(28 U.S.C. §§ 1441(b)(6) and 1446)**<br><br>Removed from Superior Court of California, County of San Diego Case No. 37-2020-00025165-CU-CR-CTL |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants DILLON FUSTON, ANDREW KORENKOV, DAVID MCANNALLY and CITY OF SAN DIEGO, by their attorneys of record, San Diego City Attorney Mara W. Elliott and Deputy City Attorney Stacy J. Plotkin-Wolff, hereby respectfully notices the removal of the above-captioned civil action from the Superior Court of the State of California, County of San Diego.

Removal is noticed and based on the following grounds:

1.    Plaintiff filed a civil action in the Superior Court of the State of California, County of San Diego as Case No. 37-2020-00025165-CU-CR-CTL;

/////

2504052                      1

2. Plaintiff filed a complaint on July 20, 2020 in which he alleged that, in addition to state law claims, Defendants deprived him of his rights under the United States Constitution and seeks relief pursuant to 42 U.S.C. § 1983. A copy of the Complaint is attached hereto as Exhibit 1.

3. The parties met and conferred, by and through their attorneys of record to agree upon a Complaint that could withstand a demurrer or a motion to dismiss.

Because Plaintiff alleges causes of action arising under the Constitution and laws of the United States, this Court would have original jurisdiction of the case pursuant to 28 U.S.C. § 1331 had Plaintiff filed the action in this Court, and the action may therefore be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a).

Defendant files this Notice of Removal within thirty days of the date responsive pleadings were to be filed in the Superior Court for the State of California.

**WHEREFORE**, this action now pending in the Superior Court of the State of California, County of San Diego, is hereby removed to this Court

Dated: October 15, 2020          MARA W. ELLIOTT, City Attorney

By   _/s/ Stacy J. Plotkin-Wolff_
      Stacy J. Plotkin-Wolff
      Deputy City Attorney

Attorneys for Defendants
DILLON FUSTON, ANDREW KORENKOV, DAVID MCANNALLY and CITY OF SAN DIEGO

2504052                                    2